**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**
**5:22-cv-00178-MR**

| | |
|---|---|
| **JOHN N. LOWERY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **vs.** ) | <u>**ORDER**</u> |
| ) | |
| ) | |
| **MICHAEL SHOOK, et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

**THIS MATTER** is before the Court on its own motion.

On March 13, 2023, the North Carolina Department of Adult Corrections (NCDAC) filed a document under seal indicating it was unable to procure a waiver of service for Defendant Jeffrey B. Miller for the reasons stated in that document. [Doc. 17]. The sealed document provided the last known address for Defendant Miller. [See id.]. The Court, therefore, ordered the U.S. Marshal to use reasonable efforts to locate and obtain service on this Defendant using the information in the sealed document. [Doc. 20]. On April 19, the Summons for Defendant Miller was returned unexecuted. [Doc. 25]. It noted that "nobody [was] home" on the first attempt and that, on the second attempt, Defendant Miller's father advised that Defendant Miller "no longer lives at [that] address." [Doc. 25 at 1]. The Court, therefore, ordered

defense counsel to consult with the NCDAC and confirm the correct last known address for Defendant Miller and provide any additional information helpful to achieve service on this Defendant. [Doc. 26]. The North Carolina Department of Justice (NCDOJ) responded to the Court's Order under seal and provided another address for Defendant Miller. [Doc. 28]. The Court will order the U.S. Marshal to again attempt service on Defendant Miller at this new address. To that end, the Court will direct the Clerk of Court to provide a copy of Docket No. 28 to the U.S. Marshal for its eyes only for the sole purpose of serving Defendant Miller.

## **ORDER**

**IT IS, THEREFORE, ORDERED** that the Clerk of Court will send a copy of this Order, Docket No. 28, and the Complaint [Doc. 1] to the U.S. Marshals Service. The U.S. Marshal shall use reasonable efforts to locate and obtain service on Defendant Miller in accordance with Rule 4 and thoroughly document such efforts if service is unsuccessful.

**IT IS SO ORDERED**.

Signed: May 11, 2023

Martin Reidinger
Chief United States District Judge

2